```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :
         - v. -                  :   **UNSEALING ORDER**
                                 :
CLAUDIU-IONUT PIPAN,             :   22 Mj. 9256
    a/k/a "Rafael,"              :
                                 :
              Defendant.         :
- - - - - - - - - - - - - - - - X
```

Upon the application of the United States of America, by and through Assistant United States Attorney Benjamin A. Gianforti, it is hereby ORDERED that Complaint 22 Mj. 9256, which was filed under seal on November 16, 2022, be and hereby is unsealed.

SO ORDERED.

Dated: New York, New York
       December 14, 2022

_____
THE HONORABLE JAMES L. COTT
UNITED STATES MAGISTRATE JUDGE